No. 9801.

DAVIES *v.* CRAIG, ET AL.

Decided December 5, 1921.

On motion to re-tax costs. Items re-taxed.

1. COSTS—*In Appellate Court.* This case controlled by the decision in *Antero Co. v. Lowe,* 70 Colo. 467.

2. INTEREST—*On Judgments.* Upon execution or satisfaction of judgment, interest should be collected at the rate of eight per cent per annum.

3. STATUTES—*Repealed.* Section 3624, R. S. 1908, repealed by section 3162, R. S. 1908.

Messrs. HOWARD & McCRILLIS, for plaintiff in error.

Mr. H. A. HICKS, Mr. E. W. HURLBUT, Mr. A. T. MONSON, for defendants in error.

*En banc.*

MR. JUSTICE DENISON delivered the opinion of the court.

THIS case is controlled by *Antero, etc., Co. v. Lowe,* 70 Colo. 467, 203 Pac. 265, decided at this term.

Upon the first writ of error the costs should be taxed thus:

For transcript of record, 160 folios a 20¢ ......... $ 32.
For Clerk's certificate thereto ................... .75
For printing abstract of record, 146 pp .......... 146.
For clerical costs according to rule .............. 20.

_____

$198.75

Upon the second writ of error thus:

For transcript of record, 1892 fols a 20¢ ......... 378.40
Clerk's certificate thereto ...................... .75
Printing abstract of record 344 pp a $1 .......... 344.
Clerical costs as prescribed by rule ............. 20.

_____

$743.15

Upon execution or satisfaction interest should be collected at eight per cent per annum from the date of each judgment. *Bates v. Wilson,* 18 Colo. 287, 32 Pac. 615.

We are of the opinion that R. S. 1908 § 3624, S. L. 1861, p. 265 § 4, as to the rate of interest, is repealed by R. S. 1908, § 3162, S. L. 1889, p. 206 § 2. The commission seems to have omitted it from the Compiled Laws, probably because they were of the same opinion.